

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2022

No. 04-22-00089-CR

Jessie Jermaine **PEARSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7768
Honorable Melisa C. Skinner, Judge Presiding

# **O R D E R**

On August 25, 2022, the state filed a second motion for an extension of time to file its brief, requesting a one-day extension. We **grant** the motion.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court